|   |   |
|---|---|
| 1 | |
| 2 | O |
| 3 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 10-1119-SJO |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING [Fed. R. Crim. P. 32.1(a)(6);18<br>) U.S.C. § 3143(a)] |
| v. | |
| JULIAN LEYBA, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*nature of current allegations, multiple prior positive drug or alcohol tests and admitted violations while on supervision, unapproved departure from court-ordered treatment center*

| | |
|---|---|
| 1 | and |
| 2 | B. ( ) The defendant has not met his burden of establishing by clear and convincing |
| 3 | evidence that he is not likely to pose a danger to the safety of any other person or the |
| 4 | community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: |
| 5 | _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: January 12, 2018

/s/ John D. Early

JOHN D. EARLY
United States Magistrate Judge