

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

RTS

2:10-cr-1119-SJO

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 18 2024
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NEOPOST 11/06/2024
US POSTAGE $001.
FIRST-CLASS
ZIP

NIXIE    910    4E  1    7211/14
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD
BC: 90012333299

Case: 2:10cr1119  Doc: 1876

Antonio Donta Horsley REGNO59773-112
RRM LONG BEACH
1299 Seaside Avenue
SAN PEDRO, CA 90731

Case: 2:10cr1119  Doc: 1876

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/6/2024 at 9:39 AM PST and filed on 11/5/2024

| | |
|---|---|
| **Case Name:** | USA v. Thomas et al |
| **Case Number:** | 2:10-cr-01119-SJO |
| **Filer:** | |
| **Document Number:** | 1876 |

**Docket Text:**
**ORDER ORDER GRANTING EX PARTE APPLICATION FOR TERMINATION OF SUPERVISED RELEASE [1875] as to Antwoine Dwayne Redd (17) by Judge Dolly M. Gee: The Court GRANTS the application. IT IS HEREBY ORDERED that Redds term of supervised release is terminated, effectively immediately. IT IS SO ORDERED. (shb)**

**2:10-cr-01119-SJO-17 Notice has been electronically mailed to:**
Jenna Wrae Long    usacac.criminal@usdoj.gov, caseview.ecf@usdoj.gov, jenna.long@usdoj.gov
Marcia J Brewer    marciabrewer3@sbcglobal.net
Elizabeth R Yang    elizabeth.yang2@usdoj.gov, caseview.ecf@usdoj.gov
Antonio F Yoon    antonioyoon@att.net
David R. Evans    drevanslaw@gmail.com
Paul C Horgan    pchorgan@gmail.com
Dominic Cantalupo    dcantalupo@att.net
David J. Kaloyanides    djpk@rt2counsel.com
John D. Robertson    jdrlaw@hotmail.com
Drew Havens    drew_havens@fd.org
David Matthew Philips    davidphilips1944@gmail.com
Angel Navarro    angeljnavarro1964@gmail.com
Randolph S Collins    rcollins@cmcdefense.com
John Neil McNicholas    john@mcnicholaslawoffice.com
Matthew J. Lombard    mlombard@lombardlaw.net, elizabeth@lombardlaw.net
Stanley I Greenberg    stanmanlaw@aol.com
Kevin M. Lally    klally@buchalter.com
Kevin Robert Riva    krrlawoffices@yahoo.com
Stephen R. Kahn    srklaw7@sbcglobal.net, srklaw7@aol.com, claudiasrklaw@gmail.com
Shawn J. Nelson    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, shawn.nelson@usdoj.gov